AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Kenneth Pacheco

*Defendant*

Case No. 25-cr-6480

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kenneth Pacheco,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Threatening a law enforcement officer in violation of 18 USC 115(a)

Date: 10/17/2025

*Issuing officer's signature*

City and state: Boston, MA

Hon. Magistrate Judge M. Page Kelley
*Printed name and title*

### Return

This warrant was received on *(date)* 10/17/2025, and the person was arrested on *(date)* 10/20/2025
at *(city and state)* North Dartmouth, MA.

Date: 10/20/2025

*Arresting officer's signature*

Taylor Herman/Special Agent
*Printed name and title*