UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH PACHECO,<br>a/k/a "Amir Haqqani",<br><br>Defendant | Criminal No. 25cr10470<br><br>Violation:<br><br>Count One: Threatening a Federal Law Enforcement Officer<br>(18 U.S.C. § 115(a)(1)(B)) |

# INFORMATION

## COUNT ONE
Threatening a Federal Law Enforcement Officer
18 U.S.C. § 115(a)(1)(B)

The United States Attorney alleges that:

On or about October 7, 2025, in the District of Massachusetts, the defendant,

KENNETH PACHECO, a/k/a "Amir Haqqani"

did threaten to assault and murder a federal law enforcement officer with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties and with intent to retaliate against such law enforcement officer on account of the performance of official duties.

All in violation of Title 18 United States Code, Section 115(a)(1)(B).

LEAH B. FOLEY
United States Attorney

*/s/ Christopher Looney*
CHRISTOPHER LOONEY
Assistant United States Attorney